IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CATHRYN LAZAREK,<br><br>        Plaintiff,<br><br>v.<br><br>HEI NASHVILLE GP LLC, a/k/a<br>HEI NASHVILLE, LTD., d/b/a<br>SHERATON MUSIC CITY HOTEL,<br>A Delaware Limited Liability Company<br>c/o Its Statutory Agent<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>MERRITT HOSPITALITY, L.L.C.,<br>A Connecticut Limited Liability Corporation<br>c/o Its Statutory Agent<br>C.T. Corporation System<br>One Corporate Center, Floor II<br>Hartford, CT 06103-3220<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:09-cv-00768<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that the parties have agreed that all claims should be dismissed with prejudice.

It is, therefore, ORDERED that this matter is dismissed with prejudice.

_____
U.S. DISTRICT JUDGE